Matter of Deloren v Sewell (2026 NY Slip Op 01279)

Matter of Deloren v Sewell

2026 NY Slip Op 01279

Decided on March 05, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 05, 2026

Before: Moulton, J.P., Pitt-Burke, O'Neill Levy, Michael, Chan, JJ. 

Index No. 158282/22|Appeal No. 6000|Case No. 2023-05571|

[*1]In the Matter of Ellis Deloren, Petitioner-Appellant,
vKeechant Sewell, etc., et al., Respondents-Respondents.

Schwab & Gasparini, PLLC, White Plains (Victor Aqeel of counsel), for appellant.
Muriel Goode-Trufant, Corporation Counsel, New York (Hanna L. St. Marie of counsel), for respondents.

Judgment (denominated an order), Supreme Court, New York County (Denise M. Dominguez, J.), entered October 5, 2023, which denied the petition to annul a determination of respondent Board of Trustees of the Police Pension Fund, dated May 27, 2022, denying petitioner's application for accidental disability retirement benefits, and dismissed the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.
Supreme Court properly denied the petition, as credible evidence supports the Police Pension Fund Board's determination. The statutory presumption that petitioner's stroke was incurred in the line of duty was overcome by credible evidence that his basilar artery stenosis was most likely congenital and that he did not suffer from heart disease or hypertension (see Matter of Titza v Kelly, 138 AD3d 498, 498 [1st Dept 2016], lv denied 34 NY3d 908 [2020]; Matter of Goodacre v Kelly, 96 AD3d 625, 626 [1st Dept 2012], lv denied 20 NY3d 860 [2013]). Because there is some credible evidence in the record to support the Medical Board's determination, the Police Pension Fund Board's denial of ADR benefits should not be disturbed (see Matter of Medina v Shea, 191 AD3d 475, 476 [1st Dept 2021], lv denied 37 NY3d 903 [2021]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 5, 2026